**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

ME-ALL

Case number *(if known)* _____

Chapter you are filing under:

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Terrance**<br>First name | First name |
| | | J<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **McClinch**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6962 | |

Debtor 1    **Terrance J McClinch** _____    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** Where you live *

\* The Debtor's residence is in Maine, although the Debtor has been in Montana recently for medical reasons

**5 & 11 Alley Road
East Boothbay, ME 04544**
Number, Street, City, State & ZIP Code

**Lincoln**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**

Number, P.O. Box, Street, City, State & ZIP Code

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

See Note Below **

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

** The Debtor resides at 5 & 11 Alley Road, East Boothbay, Maine, however, the Debtor is currently in Montana. The Debtor traveled to Montana to check on property owned by Circle 9 Cattle Company, LLC which is an affiliated debtor that owns real estate located in Montana. The Debtor has been unable to return to Maine premised on a medical condition but will return to Maine when medically cleared for travel.

Debtor 1  **Terrance J McClinch** _____    Case number *(if known)* _____

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

Debtor  **Circle 9 Cattle Company, LLC**    Relationship to you    **I am the Sole Member**
District  **Maine**    When ____    Case number, if known ____
Debtor ____    Relationship to you ____
District ____    When ____    Case number, if known ____

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?
  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Terrance J McClinch _____    Case number *(if known)* _____

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1    Terrance J McClinch                                          Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
   If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

   If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Terrance J McClinch _____   Case number (if known) _____

---

**Part 6:   Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Terrance J McClinch
Signature of Debtor 1                              Signature of Debtor 2

Executed on   9/27/18
MM / DD / YYYY                                    Executed on _____
                                                  MM / DD / YYYY

---

Debtor 1    Terrance J McClinch _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____    Date    9/27/18
Signature of Attorney for Debtor                   MM / DD / YYYY

**Sam Anderson**
Printed name

**Bernstein Shur Sawyer & Nelson**
Firm name

**100 Middle Street**
**PO Box 9729**
**Portland, ME 04104-5029**
Number, Street, City, State & ZIP Code

Contact phone   **207-774-1200**            Email address    sanderson@bernsteinshur.com

**9809 ME**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terrance J McClinch** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | ME-ALL |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|  |  |  | **Unsecured claim** |
|---|---|---|---|

**1**  American Express
       PO Box 981537
       El Paso, TX 79998-1537

What is the nature of the claim?        Credit Card        $ $49,749.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
                Value of security:        - $ _____
                Unsecured claim        $ _____

Contact _____

Contact phone _____

**2**  Bank of America
       PO Box 982238
       El Paso, TX 79998-2238

What is the nature of the claim?        Credit Card        $ $45,012.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
                Value of security:        - $ _____
                Unsecured claim        $ _____

Contact _____

Contact phone _____

B104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Terrance J McClinch _____    Case number *(if known)* _____

---

**3**

**Town of Fairfield**
611 Old Post Road
Fairfield, CT 06824

What is the nature of the claim?     **2017 Real Estate**     $ **$40,810.37**
                                     **Taxes, 2661 Congress**
                                     **Street**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
☐    No
■    Yes. Total claim (secured and unsecured)     $ **$40,810.37**

_____
Contact

_____
Contact phone

                    Value of security:     - $ **$0.00**
                    Unsecured claim     $ **$40,810.37**

---

**4**

**Chase Card**
PO Box 15298
Wilmington, DE 19850-5298

What is the nature of the claim?     **Flexible Spending**     $ **$33,539.00**
                                     **Credit Card**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)     $ _____

_____
Contact

_____
Contact phone

                    Value of security:     - $ _____
                    Unsecured claim     $ _____

---

**5**

**Coastal Designers &**
**Consultants, Inc.**
37 Spruce Dr.
Newagen, ME 04576

What is the nature of the claim?     $ **$15,500.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)     $ _____

_____
Contact

_____
Contact phone

                    Value of security:     - $ _____
                    Unsecured claim     $ _____

---

**6**

**Downeast Landscaping**
c/o Jeff McLeod
52 Sheepscot Road
Alna, ME 04535-3642

What is the nature of the claim?     $ **$8,552.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Terrance J McClinch        Case number *(if known)* _____

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____

Contact phone

     Unsecured claim   $ _____

---

**7**

**Town of Boothbay**
**5 Corey Lane**
**P.O. Box 106**
**Boothbay, ME 04537-0106**

What is the nature of the claim?    **Property Taxes - 5 Alley Road**    $ **4,602.11**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____

Contact phone

     Unsecured claim   $ _____

---

**8**

**Goldman, Grunder & Woods, LLC**
**200 Connecticut Avenue**
**Norwalk, CT 06854**

What is the nature of the claim?    **Legal Services**    $ **2,107.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____

Contact phone

     Unsecured claim   $ _____

---

**9**

**Town of Boothbay**
**5 Corey Lane**
**P.O. Box 106**
**Boothbay, ME 04537-0106**

What is the nature of the claim?    **Property Taxes - 11 Alley Road**    $ **1,725.82**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____

Contact phone

     Unsecured claim   $ _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Terrance J McClinch _____    Case number (*if known*) _____

---

**10**

Credit Center, Inc.
7 Finance Dr.
Danbury, CT 06810-4133

_____
_____

Contact _____

Contact phone _____

What is the nature of the claim?    Collection on behalf of    $ $781.00
Milford Hospital _____    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**11**

Credit Center, Inc.
7 Finance Dr.
Danbury, CT 06810-4133

_____
_____

Contact _____

Contact phone _____

What is the nature of the claim?    Collection on behalf of    $ $474.00
Milford Hospital _____    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**12**

Diversified Consultants Inc.
10550 Deerwood Park Blvd
D/B/A DCI
Jacksonville, FL 32256-0596

_____
_____

Contact _____

Contact phone _____

What is the nature of the claim?    Collection on behalf of    $ $469.00
Charter
Communications for
Cable Service _____    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**13**

Credit Information Bureau
70 Jefferson Blvd
Warwick, RI 02888-1056

What is the nature of the claim?    Collection on bhealf of    $ $447.00
Breda MD FACS PC _____    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terrance J McClinch**                                    Case number (*if known*) _____

| | |
|---|---|
| | ■ |
| | ☐  None of the above apply |
| _____ | |
| _____ | **Does the creditor have a lien on your property?** |
| | ■  No |
| Contact | ☐  Yes. Total claim (secured and unsecured)    $ _____ |
| _____ | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**14**

The Thomas Agency
561 Forest Avenue
Portland, ME 04101-1504

What is the nature of the claim?    Collection on behalf of    $ $422.00
                                    Mid Coast Medical
                                    Group

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
■  No
☐  Yes. Total claim (secured and unsecured)    $ _____

Contact                                Value of security:    - $ _____
Contact phone                          Unsecured claim    $ _____

---

**15**

The Thomas Agency
561 Forest Avenue
Portland, ME 04101-1504

What is the nature of the claim?    Collection on behalf of    $ $416.00
                                    Maine Health
                                    Cardiology

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
■  No
☐  Yes. Total claim (secured and unsecured)    $ _____

Contact                                Value of security:    - $ _____
Contact phone                          Unsecured claim    $ _____

---

**16**

MaineHealth MMP Cardiology
301C US Rt 1
Scarborough, ME 04074

What is the nature of the claim?    Medical Bill    $ $309.61

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
■  No
☐  Yes. Total claim (secured and unsecured)    $ _____

Contact

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Terrance J McClinch**    Case number *(if known)* _____

Contact phone _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

**17**

**Preti, Flaherty, Beliveau &
Pachios LLP**
P.O. Box 9546
Portland, ME 04112-9546

What is the nature of the claim?    **Legal Services**    $ $300.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**18**

**Credit Information Bureau**
70 Jefferson Blvd
Warwick, RI 02888-1056

What is the nature of the claim?    **Collection on behalf of** $ $274.00
**Assoc. in Dermatology**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**19**

**Tax Collector**
Town of  Fairfield
P.O. Box 638
Fairfield, CT 06824

What is the nature of the claim?    **Motor Vehicle Tax**    $ $259.62

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**20**

**Credit Center, Inc.**
7 Finance Dr.
Danbury, CT 06810-4133

What is the nature of the claim?    **Collection on behalf of** $ $237.00
**Milford Hospital**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terrance J McClinch**                                    Case number *(if known)* _____

                                          ■  None of the above apply

_____                          **Does the creditor have a lien on your property?**

_____                          ■  No
Contact                                  ☐  Yes. Total claim (secured and unsecured)   $ _____
_____                               Value of security:                       - $ _____
Contact phone                                 Unsecured claim                          $ _____

---

**Part 2**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
Terrance J McClinch,                          Signature of Debtor 2
Signature of Debtor 1

Date    9/27/18                            Date _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## ME-ALL

In re   Terrance J McClinch _____     Case No. _____
                                          Debtor(s)              Chapter   __11__ _____

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __8__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:   _9/27/18_____          _____
                                         Signature of Attorney
                                         **Sam Anderson**
                                         **Bernstein Shur Sawyer & Nelson**
                                         **100 Middle Street**
                                         **PO Box 9729**
                                         **Portland, ME 04104-5029**
                                         **207-774-1200   Fax: 207-774-1127**

Nancy McClinch
2661 Congress Street
Fairfield, CT 06824


Acquarion Water Company
P.O. Box 10010
Lewiston, ME 04243-9427


Al Butler, Sr. Vice President
Camden National Bank
190 Water Street
Gardiner, ME 04345


American Express
PO Box 981537
El Paso, TX 79998-1537


Aquarion Water Company of Connecticut
P.O. Box 10010
Lewiston, ME 04243-9427


Artisan Boatworks, Inc.
416 Main Street
Rockport, ME 04856


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bank of America
4909 Savarese Cir
Fl 19080147
Tampa, FL 33634-2413


Boothbay Family Dentistry
149 Townsend Avenue
Boothbay Harbor, ME 04538-1845

Boothbay Region Water District
184 Adams Pond Road
Boothbay, ME 04537


Cambridge Mutual Fire Ins. Co.
95 Old River Road
Andover, MA 01810-1078


Camden National Bank
190 Water Street
Gardiner, ME 04345


Catina Fuller
4200 Amon Carter
Fort Worth, TX 76155


Central Maine Power
Attn: Bankruptcy Department
83 Edison Drive
Augusta, ME 04336


Chase Card
PO Box 15298
Wilmington, DE 19850-5298


Circle 9 Cattle Company, LLC
502 Waterloo Road and
38 Loomont Lane
Whitehall, MT 59759


Coastal Designers & Consultants, Inc.
37 Spruce Dr.
Newagen, ME 04576


Coastal Realty Capital, LLC
4 City Center
3rd Floor
Portland, ME 04101

Connecticut Department of Revenue Servic
450 Columbus Blvd.
Suite 1
Hartford, CT 06103


Conway's Auto Repair
2405 Black Rock Turnpike
Fairfield, CT 06825


Credit Center, Inc.
7 Finance Dr.
Danbury, CT 06810-4133


Credit Information Bureau
70 Jefferson Blvd
Warwick, RI 02888-1056


Department of Revenue
P.O. Box 6309
Helena, MT 59604-6309


Design Associates
60 Connolly Parkway
Bldg. No. 2C, Suite 208B
Hamden, CT 06514


DirectTV
c/o AT & T
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004


Diversified Consultants Inc.
10550 Deerwood Park Blvd
D/B/A DCI
Jacksonville, FL 32256-0596

Donnelly Appliance Service
20 Furniture Row
Milford, CT 06460


Downeast Landscaping
c/o Jeff McLeod
52 Sheepscot Road
Alna, ME 04535-3642


Forger Kunkle LLC
P.O. Box 1035
Fairfield, CT 06825


Frontier Communications
5050 Kingsley Drive
Cincinnati, OH 45227-1115


Goldman, Grunder & Woods, LLC
200 Connecticut Avenue
Norwalk, CT 06854


Goodworks- New Milford Insurance
P.O. Box 449
New Milford, CT 06776


Greenfield Hill Service Station
1865 Bronston Road
Fairfield, CT 06824


H. Hulse, Inc.
294 Benton Street
Stratford, CT 06615


Harris & Harris Ltd.
600 W. Jackson Blvd Ste 400
Chicago, IL 60661-5629

```
I.C. Highway Systems
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN 55164-0378


I.C. Systems, Inc.
P.O. Box 64437
Saint Paul, MN 55164-0437


Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


J. Edward Knight & Co.
157 Townsend Avenue
P.O. Box 447
Boothbay Harbor, ME 04538


Jane Langdon-Gray, Esq.
Langdon-Gray Law, LLC
P.O. Box 905
Damariscotta, ME 04543


Joseph Yurcho
87 Delaware Road
Easton, CT 06612-2105


Magivac Sales
869 South Main Street
Seymour, CT 06483


Maine Revenue Services
c/o Kevin J. Crosman, Esq.
Office of the Attorney General
6 State House Station
Augusta, ME 04333
```

```
MaineHealth MMP Cardiology
301C US Rt 1
Scarborough, ME 04074


Mark W. Klein
Brody Wilkinson PC
2507 Post Road
Southport, CT 06890


Mary Hoyt, Partner
BlumShapiro
2 Enterprise Drive
P.O. Box 2488
Shelton, CT 06484-1488


Montana Department of Revenue
5 Placer Loop
Virginia City, MT 59755


Mountain West Farm Bureau
Mutual Insurance Company
931 Boulder Drive
Laramie, WY 82070-5131


Nancy G. McClinch
2661 Congress Street
Fairfield, CT 06824-7118


Preti, Flaherty, Beliveau & Pachios LLP
P.O. Box 9546
Portland, ME 04112-9546


Progressive Insurance
P.O. Box7247-0311
Philadelphia, PA 19170-0311
```

R. Christopher Almy, Esq.
Penobscot County District Attorney
97 Hammond Street
Bangor, ME 04401


Randy J. Creswell, Esq.
Creswell Law
2 Union Street, Suite 401
Portland, ME 04101


Seth L. Cooper
Brody Wilkinson PC
2507 Post Road
Southport, CT 06890


Southern Connecticut Gas
60 Marsh Hill Road
Orange, CT 06477-3624


Southern Connecticut Gas Co.
P.O. Box 9112
Chelsea, MA 02150-9112


Tax Collector
Town of  Fairfield
P.O. Box 638
Fairfield, CT 06824


The Thomas Agency
561 Forest Avenue
Portland, ME 04101-1504


The United Illuminating company
P.O. Box 1564
New Haven, CT 06506-0901

Town of Boothbay
5 Corey Lane
P.O. Box 106
Boothbay, ME 04537-0106


Town of Fairfield
611 Old Post Road
Fairfield, CT 06824


Town of Whitehall
2 North Main
Whitehall, MT 59759


TPL Financial Services, LLC
P.O. Box 191
Morrill, ME 04952


Wayne Lower
Mountain West Farm Bureau
Mutual Insurance Company
221 E. Reeder Street
Dillon, MT 59725