**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

TERRANCE J. MCCLINCH,                          Case No. 18-10568
                                               Chapter 11

    Debtor.

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 9010, please enter the appearance of the following counsel

on behalf of Camden National Bank:

> Jeremy R. Fischer
> DRUMMOND WOODSUM
> 84 Marginal Way, Suite 600
> Portland ME 04101-2480
> jfischer@dwmlaw.com

The undersigned hereby request copies of all notices, papers and orders required to be

given or served in accordance with Fed. R. Bankr. P. 2002 and, in addition, copies of all

pleadings, notices of any applications, motions, petitions, requests, complaints or demands,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the

above-captioned case.

Dated: September 28, 2018          */s/ Jeremy R. Fischer*
                                   Jeremy R. Fischer
                                   DRUMMOND WOODSUM
                                   84 Marginal Way, Suite 600
                                   Portland, Maine 04101-2480
                                   Telephone: (207) 772-1941
                                   E-mail: jfischer@dwmlaw.com

                                   *Counsel to Camden National Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document via this Court's CM/ECF

system on all parties requesting CM/ECF notice in this case.


Dated:  September 28, 2018                    */s/ Jeremy R. Fischer*