## STATEMENT OF FINANCIAL AFFAIRS
## 6. PAYMENTS TO CREDITORS (90 DAYS)

| Name of Creditor / Payment Dates | Amount |
|---|---:|
| **Camden National Bank** | **$13,668.21** |
| 7/18/2018 | $13,668.21 |
| **Cross Land & Cattle** | **$8,100.00** |
| 7/16/2018 | $4,600.00 |
| 7/18/2018 | $3,500.00 |
| **Da Vinci Inc.** | **$10,995.00** |
| 8/7/2018 | $10,995.00 |
| **J. Lonski** | **$11,468.32** |
| 7/5/2018 | $7,645.66 |
| 8/5/2018 | $3,822.66 |
| **Grand Total** | **$44,231.53** |