## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TERRANCE J. MCCLINCH,** | **Case No. 18-10568** |
| **Debtor.** | |

### ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES, (B) APPROVING THE ADEQUATE ASSURANCE DEPOSITS PROPOSED BY THE DEBTOR, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE

Upon consideration of the Motion of Terrance J. McClinch (the "Debtor") for an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services, (B) Approving the Adequate Assurance Deposits Proposed by the Debtor, and (C) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Dkt. No. 25] (the "Motion") and, upon consideration of any responses to the Motion, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Motion is granted.[1]

2. The Utility Companies are hereby prohibited from altering, refusing or discontinuing service on account of any prepetition invoice.

3. Within two (2) business days of entry of this Order, the Debtor shall make deposit payments to the Utility Companies as adequate assurance of payment under § 366 of the Bankruptcy Code in the amount of the average monthly bill for each of the Utility Companies for the year prior to the Petition Date.

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

4. The Debtor shall serve copies of this Order on the Utility Companies within two (2) business days of entry of this Order.

5. The Debtor shall pay all undisputed utility bills of the Utility Companies for post-petition services when due in accordance with usual and customary terms provided to the Debtor prepetition.

6. In the event the Debtor contends after the date of the filing of the Motion that a party other than the Utility Companies constitutes a "utility" under § 366 of the Bankruptcy Code, that such party shall continue to provide services until such time as this Court determines whether such party is a "utility" afforded the protections of § 366 of the Bankruptcy Code.

7. In the event one of the Utility Companies requests additional or different adequate assurance than the adequate assurance provided for herein that the Debtor believes is unreasonable, the Debtor will file a motion and serve such motion for a hearing (a "Determination Hearing") at the Court's discretion.

8. In the event a Determination Hearing is scheduled, the Utility Companies shall not alter, refuse, or discontinue service until an order of the Court is entered in connection with such Determination Hearing.

9. Unless the subject of a Determination Hearing (or an order relating thereto), the Utility Companies shall be deemed to have adequate assurance of future performance under § 366 of the Bankruptcy Code in the event the Debtor makes the deposits set forth in the Motion in accordance with the terms of the Motion.

10. The Debtor is not required to provide adequate assurance of future performance under § 366 of the Bankruptcy Code to any entity other than the Utility Companies; provided,

however, that this Order is without prejudice to any entity not identified as one of the Utility Companies to seek entry of an order that they are entitled to protection under § 366.

Date: October 25, 2018

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine