**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re ) | |
| ) | Case No. 18-10568 |
| TERRANCE J. MCCLINCH, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**WITHDRAWAL OF OBJECTION OF THE UNITED STATES TRUSTEE**
**TO DEBTOR'S APPLICATION TO EMPLOY BERNSTEIN, SHUR**
**AS COUNSEL TO THE DEBTOR [DOCKET ENTRY NO. 63]**
**AND AGREED-TO RESERVATION OF RIGHTS**

The United States Trustee, by and through his undersigned counsel, hereby withdraws his Objection to Debtor's Application to Employ Bernstein, Shur as Counsel to the Debtor [Docket Entry No. 63] (the "Objection").

The United States Trustee has been informed that there is a material change in circumstances with respect to the disposition of the assets in the related-chapter 11 case of Circle 9 Cattle Company, LLC, chapter 11 Case No. 18-10569 ("Circle 9").  Specifically, Circle 9 has identified and is negotiating with a purchaser, and anticipates and expects to enter into a purchase and sale agreement for the Circle 9 assets by early December 2018.

Based on this material change in circumstances, the United States Trustee withdraws the Objection.  However, if the sale of the Circle 9 assets does not materialize, the United States Trustee may be duty-bound to re-assert his objection.  Consequently, the Debtor and the United States Trustee agree that this withdrawal in no way serves as any waiver of the United States Trustee's right to seek disqualification of Bernstein Shur based on any theory at a later time depending on the development of the facts in this case and in the related cases of Circle 9 and Candlelight Farms Aviation, LLC, chapter 11 Case No. 18-10579 ("Candlelight"), nor does this

withdrawal change, waive or modify the United States Trustee's right to object on any grounds to any fees for which Bernstein Shur seeks to be paid in this case, the Candlelight case, and the Circle 9 case. Finally, the United States Trustee hereby reserves all of his rights relating to the same.

Dated: November 26, 2018

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   /s/ Jennifer H. Pincus
      Jennifer H. Pincus
      Trial Attorney
      537 Congress Street, Suite 300
      Portland, ME 04101
      (207) 780-3564 – Ext. 205
      Jennifer.H.Pincus@usdoj.gov

SEEN AND AGREED TO:

 /s/  D. Sam Anderson
D. Sam Anderson
As Proposed Counsel to
Terrance J. McClinch,
Circle 9 Cattle Company, LLC and
Candlelight Farms Aviation, LLC

Bernstein, Shur, Sawyer and Nelson
100 Middle Street
Portland, Maine 04101
(207) 774-1200
sanderson@bernsteinshur.com