**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**TERRANCE J. MCCLINCH,**<br><br>     **Debtor.** | **Chapter 11**<br>**Case No. 18-10568** |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF**
**REORGANIZATION DATED JUNE 5, 2019**

**Filed By (Name of Creditor):**_____

**Dated:** _____

  The Plan of Reorganization Dated June 5, 2019 (the "Plan") can be confirmed by the Bankruptcy Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class voting on the Plan. If the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds the requirements of 11 U.S.C. § 1129(b) have been satisfied.  **If you want your vote to count, you must complete and return this ballot to Bernstein Shur, attn: Sam Anderson, Esq., 100 Middle Street, P.O. Box 9729, Portland, ME  04104-5029 (sanderson@bernsteinshur.com), so that it is received no later than _____, 2019, at 5:00 p.m. (prevailing time in Portland, Maine).**

*BALLOT*:  The undersigned, a creditor of Terrance J. McClinch, in the unpaid amount of:

    $_____ [Fill in Amount of Claim]

    [*Check the appropriate Box)*]

    [  ] **Accepts the Plan**

    [  ] **Rejects the Plan**

            **CREDITOR:**_____

            **BY:**_____

            **TITLE:**_____