UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

TERRANCE J. MCCLINCH,

               Debtor.

Chapter 11
Case No. 18-10568

ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT WITH
RESPECT TO DEBTOR'S PLAN OF REORGANIZATION
DATED JUNE 5, 2019

     This matter having come before the Court upon the filing of the Disclosure Statement With Respect To Debtor's Plan Of Reorganization Dated June 5, 2019 [Dkt. No. ___] (the "Disclosure Statement"), and notice having been given and the Court having held a hearing on the adequacy of the Disclosure Statement (the "Hearing"), and, at the Hearing, the Court having considered the Disclosure Statement with respect to the Debtor's Plan Of Reorganization Dated June 5, 2019 (the "Plan") filed by Terrance J. McClinch (the "Debtor"), and the Court finding that notice of the Hearing was adequate under the circumstances, the Disclosure Statement is hereby approved in all respects, and the Court finds that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125.  The Court further orders the following:

I. **Confirmation Hearing**

     1.    A hearing on confirmation of the Plan (the "Confirmation Hearing") shall be held on _____, 2019, at _____ a.m./p.m., before the Honorable Michael A. Fagone, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Maine, 202 Harlow Street, Bangor, Maine.  The Confirmation Hearing may be continued from time to time by announcement of such continuances in open court, and the Plan may be modified under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, all without further

1

notice to parties-in-interest other than notice in open court at the Confirmation Hearing.

## II. Deadline and Procedures for Objections to Confirmation

2. The deadline for filing and serving written objections to confirmation of the Plan shall be _____, 2019 (the "Objection Date").

3. Objections must be in writing and must be both (a) filed with the Clerk of the Bankruptcy Court and (b) served in accordance with Bankruptcy Rule 3020(b) and this paragraph. Specifically, to be considered, objections must be filed no later than the Objection Date with the Clerk of the Bankruptcy Court for the District of Maine, 202 Harlow Street, Bangor, Maine, 04401; and served so it is actually received on or before the Objection Date. Objections must also be served on the Debtor's attorney as follows:

> Sam Anderson, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle Street, P.O. Box 9729
> Portland, Maine  04104-5029

Objections not in writing and objections not timely filed and served in accordance with this Order shall not be considered by the Court, and shall be overruled.

## III. Deadline for Temporary Allowance of Claims for Voting Purposes

4. The deadline for filing and serving any motion under Bankruptcy Rule 3018(a) (the "Rule 3018(a) Motions") seeking temporary allowance of a claim for the purpose of accepting or rejecting the Plan, shall be _____, 2019 (the "Rule 3018(a) Date"). A hearing to consider and determine all Rule 3018(a) Motions shall be held on _____, **2019, at _____ a.m./p.m.** before this Court. All Rule 3018(a) Motions must be in writing and must be served so they are actually received no later than the Rule 3018(a) Date by the parties listed in paragraph 3 of this Order.

5. Rule 3018(a) Motions not timely filed and served in accordance with this Order

shall not be considered, and the claims referred to in such improperly or untimely filed Rule 3018(a) Motions shall not be counted in determining whether the Plan has been accepted or rejected.

### IV. Deadline for Receipt of Ballots

6. To be counted, ballots for accepting or rejecting the Plan must be received by the Debtor's counsel, Bernstein Shur Sawyer & Nelson, P.A., P.O. Box 9729, Portland, ME 04104, c/o Sam Anderson, no later than _____, 2019, at \_\_a.m/p.m. (the "Voting Deadline").

7. Submission of ballots by facsimile (fax) or by e-mail is not permitted.

8. **BALLOTS NOT RECEIVED BY THE VOTING DEADLINE SHALL NOT BE COUNTED FOR OR AGAINST CONFIRMATION OF THE PLAN.**

### V. Copies and Review of Documents

9. Any party-in-interest wishing to obtain an additional copy or copies of the Disclosure Statement, the Plan, or any exhibits to those documents may request such copies from:

> Sam Anderson, Esq.
> Bernstein, Shur, Sawyer & Nelson
> 100 Middle Street, P.O. Box 9729
> Portland, Maine  04104-5029
> Fax:  (207) 774-1127
> sanderson@bernsteinshur.com

All such copies shall be at the expense of the party requesting the documents unless otherwise specifically required by Bankruptcy Rule 3017(d). All documents that are filed with the Bankruptcy Court may be reviewed during regular business hours, 8:30 a.m. to 4:30 p.m. weekdays (except legal holidays), at the United States Bankruptcy Court for the District of Maine, 202 Harlow Street, Bangor, Maine, 04401.

10. Persons wishing to obtain information about the procedure for voting their claims

or the packet of materials they may have received in conjunction with the Plan may contact:

Sam Anderson, Esq.<br>
Bernstein, Shur, Sawyer & Nelson<br>
100 Middle Street, P.O. Box 9729<br>
Portland, Maine  04104-5029<br>
sanderson@bernsteinshur.com<br>
(Counsel for the Debtor)

Date: _____

                                        Michael A. Fagone  
                                        United States Bankruptcy Judge  
                                        District of Maine