Relief requested without a Hearing

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

---------------------------------------------------X

IN RE:                                         CHAPTER 11
Terrance J. McClinch                           CASE NO. 18-10568-MAF

             Debtor.
---------------------------------------------------X

## CONSENTED MOTION FOR LATE FILING OF OBJECTION TO DISCLOSURE STATEMENT

Now comes MEB Loan Trust ("MEB") and hereby moves this Court for a late filing of MEB's Objection to Disclosure Statement.  In support thereof, MEB states as follows:

1. MEB is the current holder of a Note delivered by Terrance J. McClinch ("Debtor") to Bank of America, N.A., and secured by a mortgage, executed and delivered by Debtor to Bank of America, N.A., dated April 25, 2007, in the amount of $1,000,000.00, and recorded in the Fairfield Registry of Deeds at Book 3957, Page 163, on real estate located at 2661 Congress Street, Fairfield, CT 06824 ("Property").

2. On September 27, 2018, the Debtor filed a Petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On June 5, 2019, the Debtor filed his Chapter 11 Plan of Reorganization and Disclosure Statement.

4. The Debtor's Disclosure Statement proposes to impair the claim of MEB.

5. MEB desires to object to this proposed impairment of its claim.

6. MEB failed to correctly calendar the deadline for filing objections to the Disclosure Statement.

7. MEB requests permission to file a late Objection to the Disclosure Statement, so that it may file its objection to the Disclosure Statement.

8. D. Sam Anderson, Esq., counsel for the Debtor, has consented to the late filing of the Objection to Plan.

Relief requested without a Hearing

WHEREFORE, the parties respectfully request this Court allow this Motion and for other relief

as is deemed just.

Dated:  July 16, 2019

MEB Loan Trust
By its attorney,

/s/  Reneau J. Longoria
Reneau J. Longoria, Esq. (Bar No. 5746)
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915
Tel (978) 921-2670 ext. 118
rjl@dgandl.com

Terrance J. McClinch
By his counsel,

/s/  D. Sam Anderson
D. Sam Anderson, Esq.
100 Middle Street, West Tower
Portland, MA 04101
Tel 207-774-1200
sanderson@bernsteinshur.com

Relief requested without a Hearing

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

--------------------------------------------------X

IN RE:                                                      CHAPTER 11
Terrance J. McClinch                          CASE NO. 18-10568-MAF


                              Debtor.

--------------------------------------------------X


**ORDER GRANTING CONSENTED MOTION FOR**
**LATE FILING OF OBECTION TO CONFIRMATION OF THE CHAPTER 11 PLAN**

At Bangor, in the District of Maine, having come before the court, and after notice to all parties

and (with objections/without objections), it is hereby

ORDERED and DECREED that the consented motion of MEB Loan Trust for late filing of the

Objection to Confirmation is allowed.

SO ORDERED.
DATED at Bangor, ME, this _____ day of _____, 2019.


_____
Hon. Michael A. Fagone
United States Bankruptcy Judge

Relief requested without a Hearing

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

-----------------------------------------------------X

**IN RE:**                                        **CHAPTER 11**
**Terrance J. McClinch**                          **CASE NO. 18-10568-MAF**

              **Debtor.**

-----------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

I, Reneau J. Longoria, hereby certify that true and correct copies of the above notice have been

served by either electronic notification or by placing same in the United States Mail, postage prepaid,

on July 16, 2019 to all of the individuals on the following service list.

**U.S. Trustee**
Office of the U.S. Trustee
537 Congress Street, Suite 300
Portland, ME 04101
**Electronic Notification**

**Counsel for Debtor**
D. Sam Anderson, Esq.
100 Middle Street, West Tower
Portland, ME 04101
**Electronic Notification**

**Debtor**
Terrance J. McClinch
5 & 11 Alley Road
East Boothbay, ME 04544

                                        /s/ Reneau J. Longoria
                                        Reneau J. Longoria, Esq., (Bar No. 5746)
                                        Doonan, Graves & Longoria, LLC
                                        100 Cummings Center
                                        Suite 225D
                                        Beverly, MA 01915
                                        Tel (978) 921-2670
                                        rjl@dgandl.com