**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**TERRANCE J. MCCLINCH,**<br><br>Debtor. | **Chapter 11**<br><br>Case No. 18-10568 |

## NOTICE OF HEARING AND OTHER DEADLINES

**PLEASE TAKE NOTICE** that Terrance J. McClinch, the above-captioned debtor and debtor-in-possession (the "Debtor"), has filed the Debtor's (1) Plan of Reorganization Dated June 5, 2019 (the "Plan") [D.E. 111]; and (2) Amended Disclosure Statement with Respect to Debtor's Plan of Reorganization Dated June 5, 2019 [D.E. 130] (the "Disclosure Statement"). Copies of the Plan and Disclosure Statement are enclosed herewith.

On August 11, 2019, U.S. Bankruptcy Court for the District of Maine (the "Court") entered its Order Approving Debtor's Amended Disclosure Statement with Respect to Debtor's Plan of Reorganization Dated June 5, 2019 [D.E. 134] (the "Order"). A copy of the Order is enclosed herewith. Pursuant to the Order, a hearing on confirmation of the Plan (the "Confirmation Hearing") shall be held on **October 3, 2019 at 2:00 p.m.** at the U.S. Bankruptcy Court, District of Maine, MC Smith Federal Building, 202 Harlow Street, Bangor, Maine, 04401.

The deadline for filing and serving written objections or responses to confirmation of the Plan is **September 26, 2019** (the "Objection Date"). If you do not want the Court to confirm the Plan or if you otherwise object to the Plan, then you or your attorney must file with the Court a written response or objection explaining your position prior to the Objection Date. If you are not able to access the CM/ECF Filing System, your response or objection must be served upon the Court at:

Alec Leddy, Clerk
United States Bankruptcy Court for the District of Maine
202 Harlow Street
Bangor, Maine 04401

Any responses or objections must also be served on the Debtor's attorney as follows:

Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104

If you have to mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the Objection Date. Any party filing an objection must also attend the Confirmation Hearing, either in person or through counsel.

The deadline for filing and serving any motion under Bankruptcy Rule 3018(a) is **September 26, 2019**. The Court will consider any timely filed Rule 3018(a) motions at the same time as the Confirmation Hearing.

Ballots for accepting or rejecting the Plan must be received by the Debtor's counsel, Bernstein Shur Sawyer & Nelson, P.A., P.O. Box 9729, Portland, ME 04104, c/o Sam Anderson, no later than **September 26, 2019, at 5:00 p.m.** (the "Voting Deadline"). Those parties entitled to vote on the plan should complete the enclosed ballot and return it to: Sam Anderson, Esq., Bernstein, Shur, Sawyer & Nelson, P.A., P.O. Box 9729, Portland, ME 04104, on or before the Voting Deadline. Submission of ballots by facsimile (fax) or by e-mail is not permitted. **BALLOTS NOT RECEIVED BY THE VOTING DEADLINE SHALL NOT BE COUNTED FOR OR AGAINST CONFIRMATION OF THE PLAN.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose confirmation of the Plan and may enter an order confirming the Plan.

3

Dated: August 13, 2019　　　　　　　　　　**TERRANCE J. MCCLINCH**

By his attorneys:

*/s/ Adam R. Prescott*
Adam R. Prescott
Sam Anderson
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME  04104-5029
(207) 774-1200

3