**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re:<br><br>**TERRANCE J. MCCLINCH,**<br><br>Debtor. | Chapter 11<br>Case No. 18-10568 |

**CERTIFICATION OF VOTING WITH RESPECT TO THE DEBTOR'S**
**PLAN OF REORGANIZATION DATED JUNE 5, 2019**

Terrance McClinch (the "Debtor"), by and through undersigned counsel, hereby certifies that the following votes were cast with respect to the Debtor's Plan of Reorganization dated June 5, 2019 (the "Plan"):

**Class Three:** A timely ballot was received from American Express National Bank voting to accept the Plan with a dollar value of $49,749.91. A ballot was received from Stephen D. Breda, MD accepting the Plan with a dollar value of $1,652.99 on June 17, 2019.

No other ballots were received either accepting or rejecting the Plan.

Dated October 2, 2019

/s/ *Sam Anderson*
D. Sam Anderson, Esq.
Adam Prescott, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Attorneys for Debtor Terrance J. McClinch

1

## **CERTIFICATE OF SERVICE**

I, Sam Anderson, being over the age of eighteen and a shareholder of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on October 2, 2019, I filed the *Certification of Voting with Respect to the Debtor's Plan of Reorganization dated June 5, 2019* via the Court's CM/ECF electronic filing system, which sent notice to all parties receiving notification through the Court's CM/ECF system.

Dated: October 2, 2019                              /s/ Sam Anderson
                                                                        D. Sam Anderson, Esq.