## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**TERRANCE J. MCCLINCH,**<br><br>Debtor. | Chapter 11<br>Case No. 18-10568 |

### BERNSTEIN, SHUR, SAWYER & NELSON, P.A.'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO TERRANCE J. MCCLINCH

Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN"), in its capacity as counsel to the above-captioned debtor Terrance J. McClinch ("McClinch"), hereby moves (the "Motion") this Court for entry of an order granting leave for BSSN to withdraw as counsel to McClinch pursuant to this Court's Local Rule 2091-1(c). Further, in light of the pending Motion to Convert (defined below) and several upcoming deadlines in Adversary Proceeding Case No. 20-1004, such as noticed depositions and the close of discovery, BSSN respectfully requests that this Court conduct an expedited hearing on this Motion or, at minimum, schedule a status conference to discuss such matters while this Motion is pending, including a potential stay of upcoming deadlines. In support of this Motion, BSSN states as follows:

### BACKGROUND

1. On September 27, 2018, McClinch filed a petition for relief under chapter 11 of the Bankruptcy Code.

2. On October 29, 2018, BSSN filed its application to be employed as counsel for McClinch [D.E. 40] (the "Application"). This Court granted the Application through entry of an order on November 29, 2018 [D.E. 68].

3. On June 5, 2019, McClinch filed the Debtor's Plan of Reorganization Dated June 5, 2019 [D.E. 111] (the "Plan"). On October 11, 2019, this Court entered its order confirming the Plan (as modified by such order) [D.E. 144].

4. On February 6, 2020, Joseph A. Palsa, in his capacity as trustee under the Arthur L. McClinch Trust dated April 3, 1981 ("Palsa"), filed a Complaint against McClinch to commence Adversary Proceeding Case No. 20-1004. Palsa has noticed upcoming depositions in the Adversary Proceeding of McClinch's wife, Nancy McClinch, and McClinch (on April 15, 2021). The deadline to complete fact discovery in the Adversary Proceeding is April 26, 2021.

5. On April 2, 2021, Palsa filed in the Chapter 11 case a motion to convert the case to Chapter 7 [D.E. 198] (the "Motion to Convert"). The deadline to object to the Motion to Convert is April 26, 2021, and a hearing on the Motion to Convert is scheduled for April 29, 2021.

## BASIS FOR RELIEF

6. Local Rule 2091-1(c) provides that other than under certain circumstances that are not met here, "an attorney may withdraw from a case or proceeding only by leave of Court."

7. BSSN has reached a fundamental disagreement with McClinch relating to the representation. See Maine Rule of Professional Conduct 1.16(b)(4). BSSN, therefore, seeks leave to withdraw as counsel in the chapter 11 case and Adversary Proceeding. BSSN has filed this Motion as soon as possible under the circumstances to avoid potential prejudice to McClinch and other parties in interest. BSSN further notes that most of the facts underlying the decision to terminate the relationship with McClinch are protected by the attorney-client privilege, and, therefore, BSSN does not believe it is able to provide further factual background at this time. BSSN will proceed with as much candor as possible with the Court, subject to its professional and ethical obligations and applicable Court orders.

8.   BSSN provided a copy of this Motion to McClinch before filing.  McClinch has not retained replacement counsel to the best of BSSN's knowledge.

WHEREFORE, BSSN respectfully requests that this Court enter an order granting this Motion and taking such other action, including conducting a status conference and staying upcoming deadlines, that this Court deems fair and just in light of the relief requested herein.

Dated:  April 8, 2021                                  Respectfully submitted,


                                                       */s/  D. Sam Anderson*
                                                       D. Sam Anderson, Esq.
                                                       Adam R. Prescott, Esq.
                                                       **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**
                                                       100 Middle Street
                                                       P.O. Box 9729
                                                       Portland, Maine 04104-5029