**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Terrance J. McClinch,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10568 |

### RULE 1016 NOTICE OF DEATH OF DEBTOR TERRANCE J. MCCLINCH

NOW COMES Bernstein, Shur, Sawyer & Nelson, P.A., as counsel for the Debtor, Terrance J. McClinch, and pursuant to Rule 1016 of the Federal Rules of Bankruptcy Procedure, hereby notifies this Court of the death of Mr. McClinch on September 24, 2021. In light of Mr. McClinch's passing, undersigned counsel requests that this Court conduct a status conference on appropriate next steps in this case, at a date and time convenient for the Court.

Dated: September 29, 2021

/s/ *Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

*Attorneys for the Debtor*

1

## CERTIFICATE OF SERVICE

I, Adam R. Prescott, Esq., being over the age of eighteen and an attorney at Bernstein, Shur, Sawyer & Nelson, P.A. in Portland, Maine, hereby certify that, on September 29, 2021, I filed the Rule 1016 Notice of Death of Debtor Terrance J. McClinch via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

Dated: September 29, 2021

/s/ *Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029